WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>David Andrew Bauer,<br><br>    Defendant. | CR 02-055-PHX-RGS<br><br>**ORDER** |

    Pending before the Court is Defendant David Andrew Bauer's Motion to Continue Date of Surrender to Bureau of Prisons. (Dkt. 71.)

    On January 26, 2006, Defendant received notice that he is required to self-surrender on January 30, 2006, for service of sentence at the FCI La Tuna facility near El Paso. (Id.) Defendant requests the Court to continue his self-surrender date for one week so that he may accomplish health insurance, tax, and other personal family issues before he begins service of his sentence. Given that Defendant only recently learned of the facility to which he is to surrender and serve his sentence, Defendant has shown good cause for a very brief continuance of his self-surrender date. However, no further continuances of Defendant's self-surrender date will be granted.

    Accordingly,

    IT IS HEREBY ORDERED GRANTING Defendant's Motion to Continue Date of Surrender to Bureau of Prisons (Dkt. 71).

1       IT IS FURTHER ORDERED that Defendant David Andrew Bauer shall self-
2   surrender for service of sentence at the FCI La Tuna facility near El Paso, Texas on
3   February 6, 2006.
4       IT IS FURTHER ORDERED that this Order shall be served on **(1) the United**
5   **States Marshals Service**, District of Arizona, Sandra Day O'Connor Courthouse, Suite
6   270; **(2) The Federal Bureau of Prisons by facsimile to (602) 514-7135**; and **(3) the FCI**
7   **La Tuna facility near El Paso, Texas by facsimile to (915) 886-6858**.
8       DATED this 27 day of January, 2006

            Roger G. Strand
            United States District Court Judge

- 2 -